| | |
|---|---|
| 1   JOSEPH P. RUSSONIELLO (CSBN 44332)<br>    United States Attorney | **FILED** |
| 2 | |
| 3   BRIAN J. STRETCH (CSBN 163973)<br>    Chief, Criminal Division | JUL 1 5 2008 |
| 4   ALLISON MARSTON DANNER (CSBN 195046)<br>    Assistant United States Attorney | RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7144
FAX: (415) 436-7234
Email: allison.danner@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0419 WHA |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | |
| KWAN TSOI, | |
| Defendant. | |

With the agreement of the parties in open court, and with the consent of defendant Kwan Tsoi, the Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from June 27, 2008 through July 15, 2008, the date of the defendant's initial appearance before the District Court. The parties agree, and the Court finds and holds, as follows:

1.  Defendant was indicted in this case on June 26, 2008. On June 26, 2008, government counsel spoke with defendant's counsel and requested that defendant appear for arraignment on June 27, 2008. Defense counsel informed government counsel that she was unavailable on that date and requested arraignment on July 3, 2008. Defense counsel also stated

STA Stipulation
CR 08-0419 WHA

1  that, on behalf of her client, she would agree to an exclusion of time under the Speedy Trial Act.

2.  On July 3, 2008, defendant was arraigned on the indictment. On that date, defendant agreed to a further exclusion of time under the Speedy Trial Act until July 15, 2008, the date of defendant's initial appearance before the District Court. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case. Defendant requested this time exclusion in order to allow her counsel time to review discovery that would shortly be provided by the government.

3.  Given these circumstances, the parties now request that the Court exclude all time under the Speedy Trial Act between June 26, 2008 and July 15, 2008 on the grounds that the ends of justice served by excluding the period from June 26, 2008 through July 15, 2008 outweigh the best interest of the public and the defendant in a speedy trial. Id. at § 3161(h)(8)(A).

IT IS SO STIPULATED.

DATED: July 11, 2008

\s\
SUZAN YEE
Attorney for Defendant

DATED: July 11, 2008

\s\
ALLISON MARSTON DANNER
Assistant United States Attorney

IT IS SO ORDERED.

DATED: 7-15-08

MARIA-ELENA JAMES
United States Magistrate Judge

STA Stipulation
CR 08-0419 WHA                    2