Suzan Yee, Esq. (SBN 88418)
Tsao-Wu, Chow & Yee LLP
The Monadnock Building
685 Market Street, Suite 460
San Francisco, CA 94105
Telephone: (415) 777-1688
Facsimile: (415) 777-2298

Attorney for Defendant
KWAN TSOI

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.: 3:08-CV-00419-WHA-1 |
| Plaintiff, | ) | |
| vs. | ) | ~~PROPOSED~~ ORDER AND STIPULATION CONTINUING STATUS CONFERENCE DATE FROM AUGUST 19, 2008 TO SEPTEMBER 9, 2008 |
| KWAN TSOI, HENRY NAVARRO, AND KELLY ECKER | ) | |
| Defendants. | ) | |

The undersigned parties stipulate as follows:

1. The parties in this matter are currently scheduled to appear before the Court on August 19, 2008 a status conference.   Defendants were indicted in this case on June 26, 2008. On July 15, 2008 defendants made their initial appearance before this court. On that date, defendants agreed to an exclusion of the time under the Speedy Trial Act until August l9, 2008, the date of the defendants' next appearance before the District Court.

---

1

USA v. Tsoi et al
Stipulation and Order Containing Status Hearing

2. Since setting the above-referenced date, undersigned counsel have learned that she has to undergo surgery on July 30, 2008 and will be confined to hospitalization for approximately a week and recovery 4 to 6 weeks after August 7, 2008.

3. Undersigned counsel respectfully requests, with the consent of the defense counsel and government counsel, that the status conference in this case scheduled for April l9, 208 be continued until September 9, 2008 at 2:00 pm.

4. The parties also request that this Court exclude the time between August l9, 2998 and September 9, 2008 under the Speedy Trial Act.  The parties agree that this time is properly excluded pursuant to the Speedy Trial Act, Title 18 United States Code, sections 3161 (h) (8) and3162 98) (B)(iv) for continuity of counsel.

IT IS SO STIPULATED.

DATED: July 25, 2008                                 _____/s/_____
                                                    Shana Gay Keating,
                                                    Attorney for defendant
                                                    Public Defender
                                                    Henry Navarro

DATED: July 25, 2008                                 _____/s/_____
                                                    Eric Matthew Hairston,
                                                    Attorney for Defendant
                                                    Public Defender
                                                    Eelly Ecker

DATED: July 25, 2008                                 _____/s/_____
                                                    Allison Marston Danner,
                                                    U.S. Attorney
                                                    Attorney for Plaintiff

USA v. Tsoi et al
Stipulation and Order Containing Status Hearing

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com

DATED: July 25, 2008

_____/s/_____
Suzan Yee,
Attorney for Defendant
Kwan Tsoi

**[PROPOSED] ORDER**

For the foregoing reasons, the court continues the status conference in this case from August 29, 2008 to September 9, 2008 at 2:00 pm. For the reasons stated above, the Court further finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial and failure to do so would deny the defendant continuity of counsel, taking into account the exercise of due diligence. See U.S.C. $3161(h) (8) (A) and 3161 (h) (8) (B) (iv). Accordingly, time shall be excluded from August l9, 2008 through September 9, 2008.

**IT IS SO ORDERED.**

DATED: August 1, 2008.

_____
WILLIAM ALSUP
Unites States Judge