JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CSBN 195046)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7144
    FAX: (415) 436-7234
    Email: allison.danner@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0419 WHA |
|     Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME FROM |
| v. ) | SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| KWAN TSOI, HENRY NAVARRO, and KELLY ECKER ) | |
|     Defendants. ) | |

    With the agreement of the parties in open court, and with the consent of defendants Kwan Tsoi, Henry Navarro, and Kelly Ecker, the Court enters this order documenting defendants' exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from September 9, 2008 through November 12, 2008, the date of defendants' next appearance before the District Court. The parties agree, and the Court finds and holds, as follows:

    1.    Defendants were indicted in this case on June 26, 2008.

    2.    On September 9, 2008, undersigned defense counsel for Kwan TSOI was appointed to represent her. On September 9, 2008, the parties also appeared before this Court.

STA Stipulation
CR 08-0419 WHA

1  At that appearance, defense counsel for Kwan TSOI stated that he had recently received over
2  6,000 pages of discovery from the government and that he needed time to review the discovery.
3  The Court accordingly set a date of November 12, 2008 for the setting of a motions schedule in
4  the case.

5      3. At the appearance on September 9, 2008, defense counsel for all defendants agreed to
6  a exclusion of time in order to review this discovery. Failure to grant the requested continuance
7  would unreasonably deny defense counsel reasonable time necessary for effective preparation,
8  taking into account the exercise of due diligence, in this case.

9      4. Given these circumstances, the Court excluded all time under the Speedy Trial Act
10  between September 9, 2008 and November 12, 2008 on the grounds that the ends of justice
11  served by excluding this period outweigh the best interest of the public and the defendant in a
12  speedy trial. Id. at § 3161(h)(8)(A).

14      IT IS SO STIPULATED.

16  DATED: September 12, 2008  \s\
17  STUART HANLON
   Attorney for Defendant KWAN TSOI

19  \s\
   SHANA KEATING
   Attorney for Defendant HENRY NAVARRO

21  \s\
   RITA BOSWORTH
   Attorney for Defendant KELLY ECKER

23  DATED: September 12, 2008  \s\
24  ALLISON MARSTON DANNER
   Assistant United States Attorney

25      IT IS SO ORDERED.

26  DATED: September 18, 2008

27  WILLIAM H. ALSUP
   United States District Judge

IT IS SO ORDERED.
Judge William Alsup

STA Stipulation
CR 08-0419 WHA     2