JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CSBN 195046)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7144
    FAX: (415) 436-7234
    Email: allison.danner@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0419 WHA |
| ) | |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER EXCLUDING TIME FROM |
| v. ) | SPEEDY TRIAL ACT CALCULATION |
| ) | (18 U.S.C. § 3161(h)(8)(A)) |
| KWAN TSOI, HENRY NAVARRO, and ) | |
| KELLY ECKER ) | |
| ) | |
| Defendants. ) | |

      With the agreement of the parties in open court, and with the consent of defendants Kwan Tsoi, Henry Navarro, and Kelly Ecker, the Court enters this order documenting defendants' exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from November 12, 2008 through May 18, 2009, the date scheduled for trial in this matter. The parties agree, and the Court finds and holds, as follows:

      1.    Defendants were indicted in this case on June 26, 2008.

      2.    On November 12, 2008, the parties appeared before this Court. At that appearance, the Court set a trial date for May 18, 2009.

STA Stipulation
CR 08-0419 WHA

3. At the appearance on November 12, 2008, defense counsel for all defendants agreed to a exclusion of time from November 12, 2008 through May 18, 2009. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The exclusion was further necessary in order to guarantee continuity of counsel. Id. at § 3161(h)(8)(B)(iv).

4. Given these circumstances, the Court excluded all time under the Speedy Trial Act between November 12, 2008 and May 18, 2009 on the grounds that the ends of justice served by excluding this period outweigh the best interest of the public and the defendant in a speedy trial. Id. at § 3161(h)(8)(A).

IT IS SO STIPULATED.

DATED: November 12, 2008

\s\
STUART HANLON
Attorney for Defendant KWAN TSOI

\s\
SHANA KEATING
Attorney for Defendant HENRY NAVARRO

\s\
RITA BOSWORTH
Attorney for Defendant KELLY ECKER

DATED: November 12, 2008

\s\
ALLISON MARSTON DANNER
Assistant United States Attorney

IT IS SO ORDERED.

DATED: November 13, 2008

\s\
WILLIAM H. ALSUP
United States District Judge

STA Stipulation
CR 08-0419 WHA                  2