| | |
|---|---|
| 1 | STUART HANLON, CSBN: 66104 |
| | SARA RIEF, CSBN: 227279 |
| 2 | Law Office of Hanlon & Rief |
| | 179 11th Street, 2nd Floor |
| 3 | San Francisco, CA 94103 |
| 4 | Attorney for Defendant |
| | KWAN TSOI |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) No. CR 08-0419 WHA
Plaintiff, )
) **STIPULATION AND** ~~PROPOSED~~
) **ORDER TO CONTINUE SENTENCING**
) **DATE**
)
KWAN TSOI, )
Defendant. )
)
)

**IT IS HEREBY STIPULATED** by the parties that the presently scheduled Sentencing hearing for July 28, 2009, before the Hon. Judge William H. Alsup be continued to August 18, 2009 at 10:00 a.m..

This matter is being continued due to the unavailability of defendant's counsel. Mr. Hanlon will be in trial on the matter of *People v. Long Nguyen*, San Mateo County Superior Court case number SC065768B.

Dated: July 13, 2009     /s/
STUART HANLON
Attorney for Defendant
KWAN TSOI

Dated: July 13, 2009     /s/
NAT COUSINS
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: July 14, 2009

Hon. William Alsup
United States District Judge