1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  NATHANAEL M. COUSINS (CABN 177944)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102
   Telephone: (415) 436-7368
7  Facsimile: (415) 436-7234
   E-Mail: nat.cousins@usdoj.gov
8
   Attorneys for the United States of America
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN FRANCISCO DIVISION
12

| UNITED STATES OF AMERICA, | ) | No. CR 08-0419 WHA |
|---|---|---|
| Plaintiff, | ) | **STIPULATION OF THE PARTIES RE: FORFEITURE** |
| v. | ) | Court: Honorable William H. Alsup |
| KWAN TSOI, | ) | Sentencing |
| Defendant. | ) | Date: August 18, 2009 |
|  | ) | Time: 10:00 a.m. |

18

19         In the Plea Agreement filed on April 24, 2009, KWAN TSOI pleaded guilty to all counts
20  in the Superseding Indictment and agreed, upon conviction of the offenses charged in Counts
21  One, Three, Four, Eight, Nine or Twelve, to "forfeit to the United States all property (real and
22  personal) that constitutes, and is derived from, and is traceable to the proceeds obtained directly
23  and indirectly from the commission of the offenses of conviction; and all property (real or
24  personal) used and intended to be used to facilitate, the commission of the offenses of
25  conviction." *See* Plea Agreement, filed April 24, 2009, at 4:10-15. Accordingly, the
26  parties stipulate and agree that the following forfeiture money judgment shall be entered
27  and the following property shall be forfeited pursuant to Federal Rule of Criminal
28  Procedure 32.2(b)(1):

Stip Re: Forfeiture
*U.S. v. Kwan Tsoi*; CR 08-0419 WHA

1. Defendant KWAN TSOI agrees that a personal money judgment be entered against her in the amount of $250,000. TSOI agrees that that amount represents a portion of the proceeds from the commission of the offenses of conviction; and that the government has established the requisite nexus between $250,000 in proceeds and the offenses of conviction.

2. Defendant KWAN TSOI also agrees to forfeit $4,620.84 seized from Bank of America account xxxx-71021 in July 2008. TSOI agrees that that amount represents an additional portion of the proceeds from the commission of the offenses of conviction; and that the government has established the requisite nexus between the $4,620.84 and the offenses of conviction.

3. Defendant KWAN TSOI also agrees to pay for the storage and then to forfeit items which TSOI used to secure her bond and which are listed in the "Stipulation: KWAN TSOI'S Assets Shall be Deposited With Metro Self Storage Re: Bond," a stipulation filed on July 10, 2008, Case No. BZ 3-08-70343 and attached here as Exhibit A. The bond stipulation states that TSOI placed finished jewelry products, semi finished crystal products, semi finished precious stone products, semi finished pearl products and accessories – which TSOI claims are valued at $106,369 – into storage with Metro Self Storage to secure her bond. TSOI agrees that the items listed in the stipulation and used to secure her bond are traceable to an additional portion of the proceeds from the commission of the offenses of conviction; and that the government has established the requisite nexus between the additional proceeds to which those items are traceable and the offenses of conviction.

4. Defendant KWAN TSOI also agrees to forfeit computers, computer equipment and telephones which are listed on Exhibit B attached and which were seized at 645 Larkin Street, San Francisco, CA and seized at 173 Serra

Vista Avenue. TSOI agrees that the computers, computer equipment and telephones listed were used to facilitate the commission of the offenses of conviction; and that the government has established the requisite nexus between the property listed on Exhibit B and the offenses of conviction.

\* \* \* \* \*

IT IS SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

_/s/ Nathanael Cousins_
NATHANAEL M. COUSINS
Assistant United States Attorney

_/s/ Kwan Tsoi_
KWAN TSOI
Defendant

_/s/ Stuart Hanlon_
STUART HANLON
SARA RIEF
Attorneys for Defendant KWAN TSOI

IT IS SO ORDERED PURSUANT TO THE FOREGOING STIPULATION ON THIS _18_ DAY OF AUGUST, 2009.

_/s/ William Alsup_
HONORABLE WILLIAM ALSUP
United States District Judge

Stip Re: Forfeiture
*U.S. v. Kwan Tsoi*; CR 08-0419 WHA                 3

# EXHIBIT A

Government's Exhibit

Suzan Yee, Esq. (SBN 88418)
Tsao-Wu, Chow & Yee LLP
The Monadnock Building
685 Market Street, Suite 460
San Francisco, CA 94105
Telephone: (415) 777-1688
Facsimile: (415) 777-2298

Attorney for Defendant
KWAN TSOI

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.: BZ 3-08-70343 |
| | ) | |
| Plaintiff, | ) | STIPULATION: |
| | ) | |
| vs. | ) | KWAN TSOI'S ASSETS SHALL BE DEPOSITED WITH METRO SELF STORAGE RE: BOND |
| KWAN TSOI, HENRY NAVARRO, AND KELLY ECKER | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS *HEREBY STIPULATED BETWEEN SUZAN YEE,* attorney for Kwan Tsoi and Allison Danner on behalf of the US ATTORNEY'S OFFICE that Kwan Tsoi s assets as listed below can/shall be stored with METRO SELF STORAGE , located AT 300 TREAT AVENUE, SAN FRANCISCO, CALIFORNIA 94110 and Kwan Tsoi shall LODGE with the court the STORAGE AGREEMENT DATED 7/9/2008 WITH METRO SELF STORAGE and two sets of keys for the storage on the , 16TH FLOOR, 450 GOLDEN GATE, SAN FRANCISCO

Finished Products

| Products | Size | Quality | Wholesale | Total |
|---|---|---|---|---|

1    U.S. v. Kwan Tsoi
     CR 08-0419 WHA
     Preliminary Order of Forfeiture
     Exhibit A

|  |  |  | value | value |
|---|---|---|---|---|
| Pearl Necklace | 8mm | 32 | $88 | $2,720 |
| Pearl Necklace with Accessories |  | 13 | $110 | $1,430 |
| Pearl Necklace | 10mm | 8 | $150 | $1,200 |
| Black Pearl Necklace | 10mm | 4 | $120 | $480 |
| White Pearl Necklace | 16mm | 2 | $250 | $500 |
| White Pearl Necklace | 18mm | 1 | $800 | $800 |
| Black Pearl Necklace | 16mm | 3 | $80 | $240 |
| Crystal Necklace |  | 15 | $45 | $675 |
| Natural precious stone Necklace |  | 28 | $150 | $4,200 |
| Pearl earring |  | 65 | $25 | $1,625 |
| Synthetic Necklace |  | 45 | $20 | $900 |
| Crystal Bracelet |  | 25 | $25 | $625 |
| Jade Buddha |  | 1 | $350 | $350 |
| Jade Guanyin-a Bodhisattva | Small | 1 | $650 | $650 |
| Jade Thousand Hand Buddha |  | 1 | $960 | $960 |
| Jade Guanyin-a Bodhisattva | Large | 1 | $4650 | $4,650 |
| Amethyst Decoration |  | 2 | $150 | $150 |
| Gold Medal 18k |  | 3 | $100 | $300 |
|  |  |  |  | Total $22,605 |
| Synthetic Ring |  | 228 | $25 | $5,700 |
| Synthetic Necklace |  | 115 | $30 | $3,450 |
| Synthetic Erring |  | 86 | $20 | $1,720 |
| Synthetic |  | 135 | $25 | $3,375 |
| Sliver Ring |  | 58 | $35 | $2,030 |
| Sliver Bracelet |  | 48 | $35 | $1,680 |
| Sliver Bracelet |  | 25 | $45 | $1,125 |
| Sliver Necklace |  | 20 | $30 | $600 |
| Gold Bracelet (18k) |  | 8 | $120 | $960 |
| Platinum(18k) |  | 8 | $120 | $960 |
| Jade Bracelet |  | 8 | $250 | $2,000 |
| Jade Accessories |  | 18 | $220 | $3,960 |
| Jade A-level Accessories |  | 59 | $200 | $11,800 |
| Jade A-level Ring |  | 2 | $350 | $700 |

| | | | | |
|---|---|---|---|---|
| Jade Bracelet | | 35 | $85 | $2,975 |
| Jade Ball-Shape Necklace | Large | 2 | $350 | $700 |
| Jade Ball-Shape Necklace | Small | 2 | $120 | $240 |
| Jade 12 Lunar Calendar Necklace | | 2 | $240 | $480 |
| Jade Earring | | 22 | $75 | $1,650 |

Total: $46,105

Semi Finished Crystal Products

| | | | | |
|---|---|---|---|---|
| Pink Crystal | 8mm | 19 | $4.5 | $85.5 |
| White Crystal | 8mm | 37 | $405 | $166.5 |
| White Crystal | 10 | 28 | $46.5 | $182 |
| Black Crystal | 10mm | 34 | $6.5 | $221 |
| Purple Crystal | 12mm | 22 | $8.5 | $187 |
| Crystal Ball | 4mm | 15 | $4.5 | $67.5 |
| White Crystal | 16mm | 10 | $19.5 | $195 |
| Pink Crystal | 3mm | 47 | $3.5 | $164.5 |
| Pink Crystal | 12mm | 21 | $8.5 | $178.5 |
| Pink Crystal | 16mm | 19 | $18.5 | $351.5 |
| Blue Crystal | 10mm | 17 | $8.5 | $144.5 |
| Blue Crystal | 12mm | 9 | $12.5 | $112.5 |
| Black Crystal | 8mm | 15 | $6.5 | $97.5 |
| Drop Crystal | 10mm | 18 | $6.5 | $117 |
| Yellow Crystal | 18mm | 31 | $18.5 | $573.5 |
| Yellow Crystal | 10mm | 19 | $18.5 | $351.5 |
| Mixed Color Crystal | 8mm | 35` | $8.5 | $297.5 |
| Crystal | 3mm | 27 | $3.5 | $94.5 |
| Brown Crystal | 6mm | 25 | $5.5 | $137.5 |
| Pink Drop Crystal | 18mm | 10 | $12 | $120 |
| Blue Drop Crystal | 12mm | 36 | $8.5 | $306 |
| White Crystal | 10mm | 17 | $7.5 | $127.5 |
| Mixed Color Crystal | 8mm | 59 | $6.5 | $383.5 |
| Small Crystal | 2mm | 18 | $1.5 | $27 |
| Yellow Crystal | 10mm | 18 | $12 | $216 |
| Mixed Crystal | 3mm | 25 | $3.5 | $87.5 |
| Mixed Crystal | 10mm | 4 | $13 | $52 |

Total $5044.5

Semi Finished Precious Stone Products

3

| | | | | |
|---|---|---|---|---|
| Natural Coral Stone | Red | 61 | $6.5 | $396.5 |
| | Pink | | | |
| | Blue | | | |
| | Green | | | |
| | Dark Red | | | |
| | Purple | | | |
| Natural Peacock Stone | Round | 65 | $7 | $455.5 |
| | Stick | | | |
| | irregular | | | |
| | Black | | | |
| | Small round | | | |
| Pink Crystal | | 7 | $16 | $112 |
| Irregular Peacock Stone | | 67 | $7 | $469 |
| Traditional Chinese Painting Stone | | 33 | $12 | $396 |
| Big Traditional Chinese Painting Stone | | 12 | $25 | $300 |
| Coral Drops | | 18 | $6.5 | $117 |
| Red Coral | | 44 | $4.5 | $198 |
| Small Stone | | 32 | $3.25 | $104 |

Total: $2,548

Semi Finished Pearl Products

| | | | | |
|---|---|---|---|---|
| Pink Pearl | 3mm | 45 | $4.5 | $202.5 |
| White Pearl | 4mm | 6 | $6.5 | $39 |
| Irregular Pearl | 2mm | 20 | $3.5 | $70 |
| White Pearl | 3mm | 18 | $5.5 | $99 |
| Green Pearl | 3mm | 42 | $5.5 | $231 |
| Light Green Pearl | 3mm | 38 | $5.5 | $209 |
| Yellow Pearl | 2mm | 16 | $3.5 | $56 |
| Pink Pearl | 2.5mm | 27 | $84.5 | $121.5 |
| Small White Pearl | 3.5mm | 14 | $5.5 | $77 |
| White Pearl | 4mm | 6 | $6.5 | $39 |
| Pink, Yellow, Green Pearl | 5mm | 18 | $8.5 | $153 |
| Mixed Color Pearl | 3.5mm | 21 | $6.5 | $136.5 |
| Small Pearl | 2mm | 5 | $2.5 | $12.5 |
| Flat Pearl | 8mm | 5 | $18.5 | $92.5 |
| Flat Pearl | 10mm | 12 | $28 | $336 |
| Brown Pearl | 12mm | 19 | $35 | $665 |
| Yellow Pearl | 12mm | 29 | $49 | $1,305 |

| | | | | |
|---|---|---|---|---|
| Brown Pearl | 12mm | 8 | $16 | $128 |
| Pink Pearl | 10mm | 29 | $35 | $1,015 |
| White Pearl | 16mm | 4 | $50 | $200 |
| White Pearl | 4mm | 6 | $10 | $60 |
| Black Pearl | 8mm | 8 | $16 | $128 |
| White Pearl | 8mm | 4 | $18 | $72 |
| White Pearl | 7mm | 15 | $16 | $240 |
| Black Pearl | 9mm | 15 | $30 | $450 |
| White Pearl | 6mm | 7 | $10 | $70 |
| Pearl Drop | 5mm | 10 | $8 | $80 |
| Big White Pearl | 12mm | 22 | $55 | $1,210 |
| Pink Pearl | 6mm | 50 | $6.5 | $325 |
| Red Pearl | 3mm | 19 | $4.5 | 85.5 |
| Pink Pearl | 15mm | 5 | $80 | $400 |
| White | 8mm | 25 | $25 | $575 |
| Black Pearl | 3mm | 37 | $5.5 | $203.5 |
| Green Pearl | 3mm | 22 | $4.5 | $99 |
| Mixed Color Pearl | 3mm | 44 | $5.5 | $242 |
| Pink Pearl | 4mm | 8 | $10 | $80 |
| Black Pearl | 10mm | 6 | $25 | $150 |
| Big Black Pearl | 16mm | 3 | $80 | $240 |
| Brown Irregular Pearl | 16mm | 18 | $45 | $810 |
| Black Pearl | 10mm | 9 | $20 | $180 |
| Pearl Drop | 10mm | 5 | $15 | $75 |
| White Pearl | 10mm | 12 | $120 | $1440 |
| Black Pearl | 18mm | 4 | $80 | $320 |
| White Pearl | 16mm | 2 | $800 | $1,600 |
| White Pearl | 10mm | 50 | $150 | $7,500 |
| Black Pearl | 10mm | 30 | $100 | $3,000 |

Total 24822.5

| | | | | |
|---|---|---|---|---|
| Synthetic Shield Pearl | 20mm | 37 | $8.5 | $314.5 |
| | 16mm | 35 | $6.5 | $227.5 |
| | 12mm | 7 | $5.5 | $38.5 |
| | 10mm | 6 | $5.5 | $33 |
| | 5mm | 18 | $4.5 | $81 |

Total: $694

Accessories

| | | | | |
|---|---|---|---|---|
| Button | | 600 | $1.5 | $900 |

5

Case 3:08-cr-00419-WHA   Document 91   Filed 08/19/09   Page 10 of 12
Case3:08-mj-70343-MRGD   Document20   Filed07/10/08   Page6 of 6

| Connecting Button | | 600 | $1.5 | $900 |
|---|---|---|---|---|
| Silver Button | | 500 | $.5 | $250 |
| Others Accessories | | | | $2500 |

Total: $4,550

$22,605
+$46,105
+$5044.5
+$2,548
+24822.5
+$694
+$4,550
= $106,369

It is further stipulated the appraisal of the above items listed   satisfies the court request for appraisal value  ordered on June 25, 2008.

Dated: July 10,2008                                BY:              /S/
                                                                Suzan Yee for   Kwan Tsoi
                                                                Defendant

Dated:  July 10,2008                               BY:         _____
                                                                Allison Danner on Behalf of
                                                                US Attorney's Office

6

# EXHIBIT B

Government's Exhibit

| ITEM | DESCRIPTION | SERIAL NUMBER | OTHER IDENTIFYING NUMBER | OTHER ITEM | SERIALNUMBER |
|---|---|---|---|---|---|
| **645 Larkin Street, San Francisco, CA** | | | | | |
| Laptop | Dell laptop with power cord | 9LMZ6C1 | | | |
| Computer | Compaq Presario SR2175X Desktop Computer with periphals i.e. keyboard & mouse | MXX7060Q6L | | | |
| Monitor | HP Monitor HPvs17e | CNC650PXJW | | | |
| Modem | Netopia Modem | 22705152 | | | |
| Fax/Copier | Brother MFC-7420 - Fax/Scan/Copy with ink cartridge | U61278J742071 | | | |
| Computer | Compaq Presario SR1135CL | MXK42720R7 | | | |
| **173 Serravista Ave, San Francisco, CA** | | | | | |
| Cellphone | Cingular Motorola - black - with battery | 353602010561328 | D54MGSG976 | Sim Card 64K smartchip Cingular | 8901410420081900000000 |
| Cellphone | Motorola - pink - no battery - no sim | 359198000829191 | D54EGCZX43 | | |
| Cellphone | Cingular Nokia - silver - with battery | 352268/01/3757692/2 | | Sim Card 64K smartchip Cingular | 8901410320059210000000 |
| Cellphone | Cingular Nokia - silver - no battery - no sim | 357100/00/934360/6 | | | |
| Cellphone | Cingular Nokia - silver - no battery | 352268/01/3361107 | | Sim Card 3G Cingular | 8901410321120880000000 |
| Laptop | Dell Isppiron E1505 laptop with power cord | 367921573357 | Windows XP - KWCTC-3C47J-PTKKV-T8JH8-XMBB6 | | |
| Cellphone | Apple iPhone 8GB - Model A1203 | 87747ht9WH8 | | | |

C:\Documents and Settings\ncousins\Local Settings\T...

U.S. v. Kwan Tsoi
CR 08-0419 WHA
Preliminary Order of Forfeiture
Exhibit B