JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

NATHANAEL M. COUSINS (CABN 177944)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7368
   Facsimile: (415) 436-7234
   E-Mail: nat.cousins@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0419 WHA |
| Plaintiff, ) | **AMENDED AND SUPPLEMENTAL PRELIMINARY ORDER OF FORFEITURE** |
| v. ) | |
| KWAN TSOI, ) | Court: Honorable William H. Alsup |
| Defendant. ) | Sentencing |
| ) | Date:    August 18, 2009 |
| | Time:    10:00 a.m. |

     HAVING CONSIDERED the plea agreement entered on April 24, 2009 wherein the defendant admitted to the forfeiture allegations and the Stipulation of the Parties re: Forfeiture, the Court at the sentencing of defendant Kwan Tsoi on August 18, 2009 entered a personal money judgment against defendant in the amount of $250,000 and ordered forfeiture from defendant to the United States of the following items listed in the Stipulation Re: Forfeiture: (a) Items listed in the Stipulation re: Bond, attached as Exhibit A; (b) Items which were seized at 645 Larkin Street, San Francisco, CA and 173 Serra Vista Avenue, San Francisco, CA and listed in the attached Exhibit B; and (c) $4,620.84 seized from Bank of America Account No. xxxx-71021 held in the name of Yanfen Cai.

Amended Preliminary Order of Forfeiture
*U.S. v. Kwan Tsoi*; CR 08-0419 WHA

1  IT IS ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish on www.forfeiture.gov, an official government website for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on government counsel within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Criminal Rules of Procedure, the above described forfeiture – which was part of defendant's sentence pronounced on August 18, 2009 and which became final as to defendant at that time – shall be included in the judgment of conviction by attaching a copy of this Amended and Supplemental Preliminary Order of Forfeiture to the judgment of conviction.

IT IS SO ORDERED this 2nd day of September, 2009.



HONORABLE WILLIAM H. ALSUP
United States District Judge

Amended Preliminary Order of Forfeiture
*U.S. v. Kwan Tsoi*; CR 08-0419 WHA                 2